# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140918

In re CAITLYNN GRACIE LEE BERTRAND,
Minor.
_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

JASON MICHAEL BERTRAND,
      Respondent-Appellant.
_____/

SC: 140918
COA: 292398
Oakland Circuit Court Family
Division: 06-728249-NA

On order of the Court, the application for leave to appeal the March 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2010

_____
Clerk

d0504